**Miguel LOPEZ, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.**

No. 15–12096
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 3, 2016.

Sarah H. Bohr, Bohr & Harrington, LLC, Atlantic Bch, FL, Jeanette A. Kel-

ley, Law Office of Jeanette A. Kelley, Tampa, FL, for Plaintiff–Appellant.

Arthur Lee Bentley, III, John F. Rudy, III, U.S. Attorney's Office, Tampa, FL, Christopher Gene Harris Mary Ann Sloan, Warren Kevin Snyder, Stephen Thompson, Beverly E. Williams, Social Security Administration Office of the General Counsel, Atlanta, GA, for Defendant–Appellee.

Before ED CARNES, Chief Judge, JILL PRYOR and RIPPLE,* Circuit Judges.

PER CURIAM:

We have reviewed the briefs and the relevant parts of the record. Giving due deference to the Administrative Law Judge's opportunity to make credibility determinations and responsibility for weighing the evidence, we conclude that the magistrate judge's determination that substantial evidence supports the Commissioner of Social Security's decision to deny Miguel Lopez's applications for a period of disability, disability insurance benefits, and supplemental security income is correct for the reasons set out in his order.

**AFFIRMED.**

---

* Honorable Kenneth F. Ripple, United States Circuit Judge for the Seventh Circuit, sitting by designation.